UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLANCY PRONGAY & MURRAY LLP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | Case No. 2:23-cv-08119-MCS-E<br><br>**SCHEDULING ORDER** |

The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates and deadlines below. The Court will set additional dates, if necessary, after deciding the motion for summary judgment.

///

1

| Event | Date |
|---|---|
| Defendant's deadline to file and serve a *Vaughn* Index/Declaration | April 4, 2024 |
| Defendant's deadline to file and serve motion for summary judgment | May 6, 2024 |
| Plaintiff's deadline to file an opposition to Defendant's motion for summary judgment | June 4, 2024 |
| Defendant's deadline to file a reply in support of its motion for summary judgment | June 18, 2024 |
| Hearing on motion for summary judgment | July 22, 2024, at 9:00 a.m. |

To the extent applicable, the parties shall follow the Order Re: Jury/Court Trial available on the Court's website at https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

**IT IS HEREBY ORDERED.**

DATED: January 5, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE