1
2
3
4
5                                                      **NOTE CHANGES MADE BY THE COURT**
6
7
8
9                            UNITED STATES DISTRICT COURT
10                          CENTRAL DISTRICT OF CALIFORNIA
11
12  | GLANCY PRONGAY & MURRAY LLP, | No. 2:23-cv-08119-MCS-E |
    |---|---|
13  | Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE THE FILING DEADLINES AND HEARING DATE BY APPROXIMATELY THIRTY (30) DAYS (ECF No. 23)** |
14  | v. | |
15  | FEDERAL AVIATION ADMINISTRATION, | |
16  | | |
17  | Defendant. | |
18
19
20
21
22
23
24
25
26
27
28

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby orders the dates and deadlines in this case continued as follows:

| Event | Old Date | New Date |
|---|---|---|
| Defendant's deadline to file and serve a *Vaughn* Index/Declaration | April 4, 2024 | May 6, 2024 |
| Defendant's deadline to file and serve motion for summary judgment | May 6, 2024 | June 5, 2024 |
| Plaintiff's deadline to file an opposition to Defendant's motion for summary judgment | June 4, 2024 | July 5, 2024 |
| Defendant's deadline to file a reply in support of its motion for summary judgment | June 18, 2024 | July 18, 2024 |
| Hearing on motion for summary judgment | July 22, 2024, at 9:00 a.m. | August 19, 2024, at 9:00 a.m. |

**No further extensions will be granted absent a strong showing of good cause supported by a declaration by an agency representative.**

**IT IS SO ORDERED.**

Dated: March 28, 2024

Mark C. Scarsi
United States District Judge

1