E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585
    Facsimile: (213) 894-7819
    E-mail: Randy.Hsieh@usdoj.gov

Attorneys for Defendant
Federal Aviation Administration

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GLANCY PRONGAY & MURRAY LLP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | No. 2:23-cv-08119-MCS-Ex<br><br>**DEFENDANT FEDERAL AVIATION ADMINISTRATION'S NOTICE OF LODGING [PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 19, 2024<br>Hearing Time: 9:00 a.m.<br>Ctrm: 7C<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

Defendant Federal Aviation Administration hereby lodges the [Proposed] Order on its Motion for Summary Judgment (Dkt. 26).

Respectfully submitted,

Dated: June 5, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 /s/ Randy Hsieh
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendant Federal Aviation Administration