1  Garth Spencer (SBN 335424)
   gspencer@glancylaw.com
2  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone: (310) 201-9150
4  Facsimile: (310) 201-9160

5  *Attorneys for Plaintiff Glancy Prongay & Murray LLP*

6
                   UNITED STATES DISTRICT COURT
7             FOR THE CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
8

| | |
|---|---|
| GLANCY PRONGAY & MURRAY LLP,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>   Defendant. | Case No. 2:23-cv-08119-MCS-E<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Glancy Prongay & Murray LLP and Defendant Federal Aviation Administration, acting by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, with each party to bear their own costs, attorneys' fees, and expenses.

Dated: June 18, 2024        GLANCY PRONGAY & MURRAY LLP

                            */s/ Garth Spencer*
                            Garth Spencer (SBN 335424)
                              gspencer@glancylaw.com
                            GLANCY PRONGAY & MURRAY LLP
                            1925 Century Park East, Suite 2100
                            Los Angeles, California 90067
                            Telephone: (310) 201-9150
                            Facsimile: (310) 201-9160

                            *Attorneys for Plaintiff Glancy Prongay & Murray LLP*

Dated: June 18, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　　/s/ Randy Hsieh
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendant Federal Aviation Administration

## **ATTESTATION**

I, Garth Spencer, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 18, 2024　　　　　　　　/s/ Garth Spencer
　　　　　　　　　　　　　　　　　　　Garth Spencer

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On June 18, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2024, at Wilmington, North Carolina.

            */s/ Garth Spencer*
            Garth Spencer